In the Matter of the Claim of SOPHIE ACKERMANN, Appellant. NEW YORK CITY DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted June 17, 2013; decided October 10, 2013

Motion for reargument of motion for leave to appeal denied [see 21 NY3d 929 (2013)]. Motion for poor person relief dismissed as academic.